**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose TORRES–CALDERON, Defendant—Appellant.**

No. 08–10357.

United States Court of Appeals, Ninth Circuit.

Submitted July 29, 2009.*

Filed Aug. 4, 2009.

Chad Michael Mandell, Esquire, U.S. Attorneys Office, San Jose, CA, for Plaintiff–Appellee.

Mark Donnell Flanagan, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, Palo Alto, CA, for Defendant–Appellant.

Before: WALLACE, LEAVY, and HAWKINS, Circuit Judges.

MEMORANDUM **

Jose Torres–Calderon appeals from the 48–month sentence imposed following his guilty plea conviction for illegal reentry after deportation in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Torres–Calderon contends that the district court erred when it imposed a sentence above the advisory range established

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

by the United States Sentencing Guidelines, and failed to state sufficient facts to support the sentence. These contentions lack merit. *See U.S. v. Carty,* 520 F.3d 984, 990–95 (9th Cir.2008) (en banc).

Torres–Calderon's motion to file the Pre–Sentence Report under seal, received in this court on November 26, 2008, is deemed filed. That motion and the motion to file supplemental excerpts of record are granted.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.